| | | | |
|---|---|---|---|
| Com. v. Dooley | 1688 EDA 2015<br>Affirmed | 01/31/2017 | CP–51–CR–0008960–<br>2007<br>(Philadelphia) |
| Com. v. Palmero | 2350 EDA 2015<br>Affirmed | 01/31/2017 | CP–51–CR–0009089–<br>2013<br>(Philadelphia) |
| Sycamore Restaurant v. Stampfl Hartke | 2547 EDA 2015<br>Remanded<br>Jurisdiction<br>Retained | 01/31/2017 | 2011–34020<br>(Montgomery) |
| Sycamore Restaurant v. Stampfl Hartke | 2563 EDA 2015<br>Remanded<br>Jurisdiction<br>Retained | 01/31/2017 | 2011–34020<br>(Montgomery) |
| Wells Fargo Bank v. Barbera [35] | 3623 EDA 2015<br>Affirmed | 01/31/2017 | No. 2009–44350<br>(Montgomery) |
| Com. v. Saunders | 3743 EDA 2015<br>Affirmed | 01/31/2017 | CP–23–CR–0003314–<br>2003<br>(Delaware) |
| Com. v. Goodman | 387 EDA 2016<br>Affirmed | 01/31/2017 | CP–51–CR–0901011–<br>1978<br>(Philadelphia) |
| Witner v. Titus | 764 EDA 2016<br>Affirmed | 01/31/2017 | 13–0597<br>(Carbon) |
| Com. v. Brown [36] | 798 EDA 2016<br>Affirmed | 01/31/2017 | CP–51–CR–1100901–<br>2001<br>(Philadelphia) |
| Com. v. Velez | 817 EDA 2016<br>Affirmed | 01/31/2017 | CP–39–0004257–2010<br>(Lehigh) |
| Stillman v. Temple Univ. Health | 856 EDA 2016<br>Affirmed | 01/31/2017 | 140203174<br>(Philadelphia) |
| Hammerquist v. Banka | 945 EDA 2016<br>Affirmed | 01/31/2017 | No. 03550 March<br>Term, 2015<br>(Philadelphia) |
| Hammerquist v. Banka | 947 EDA 2016<br>Affirmed | 01/31/2017 | No. 03550 March<br>Term, 2015<br>(Philadelphia) |
| Com. v. Watson [37] | 1017 EDA 2016<br>Affirmed | 01/31/2017 | CP–23–CR–0002273–<br>2005<br>(Delaware) |
| LSF8 Master Participation Trust v. Higgins | 1077 EDA 2016<br>Affirmed | 01/31/2017 | 2014–05665<br>(Bucks) |
| Deutsche Bank v. Bolis | 1241 EDA 2016<br>Affirmed | 01/31/2017 | 2014–06455<br>(Chester) |
| Estate of O'Brien; Appeal of Wellington | 1796 EDA 2016<br>Affirmed | 01/31/2017 | 2014–X3488<br>(Montgomery) |

35. Petition for reargument denied April 18, 2017.
36. Petition for reargument denied March 31, 2017.
37. Petition for reargument denied April 10, 2017.